No. 81–1766. UNITED TECHNOLOGIES CORP. *v.* FIACCO ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1767. SABET ET AL. *v.* REPUBLIC NATIONAL BANK OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 81–1771. CITY OF BEACHWOOD, OHIO *v.* CENTRAL MOTORS, INC., ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 81–1775. DOUGLAS *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 81–1786. NORTH RIVER INSURANCE CO. *v.* SCALI, MCCABE, SLOVES, INC. C. A. 2d Cir. Certiorari denied.

No. 81–1788. OPTION ADVISORY SERVICE, INC. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1790. BRIDGEPORT EDUCATION ASSN. *v.* CITY OF BRIDGEPORT ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1792. MCINNIS *v.* DISTRICT GRIEVANCE COMMITTEE FOR DISTRICT 12–B OF THE STATE BAR OF TEXAS. Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Certiorari denied.

No. 81–1795. SMITH INTERNATIONAL, INC. *v.* HUGHES TOOL CO. C. A. 9th Cir. Certiorari denied.

No. 81–1812. FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON, D. C., INC. *v.* REGAN, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied.